**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 822 MAL 2017

                Respondent     :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

          v.                 :

PATRICK OKEY,            :

                Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.